IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BYRON NELSON, <br> ID #23021558, <br><br> Petitioner, <br><br> V. <br><br> MARION BROWN, <br><br> Respondent. | § § § § § § § § § § § | No. 3:23-CV-2375-E-BN |

**AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court **ACCEPTS** the Findings, Conclusions, and Recommendation. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment any habeas claims in the petitioner's amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 will be **DISMISSED** for failure to exhaust state remedies, and any civil claims will be **DISMISSED** without prejudice to seeking relief in Case No. 3:23-CV-2693-G-BN, pending in this Court.

**SIGNED this 29th  day of January, 2024.**

ADA BROWN
UNITED STATES DISTRICT JUDGE